JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE WEST, | Case No. 2:21-cv-03727-CJC-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| CRAIG KOENIG, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 4, 2021

_____
CORMAC J. CARNEY
United States District Judge